# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rebecca Ann Susavidge<br>Bryan S. Susavidge<br>Debtors | BK NO. 09-10109 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, as Servicer and index same on the master mailing list.

Re: Loan # Ending In: 8618

                                             Respectfully submitted,

                                             **/s/ Joshua I. Goldman, Esquire**
                                             Joshua I. Goldman, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406
                                             Attorney for Movant/Applicant